UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
**Proceeding Memorandum/Order**

**In Re:** David Keith Concannon                                **Case/AP Number** 11-11048 **-FJB**
                                                                 **Chapter** 13

    #21  Trustee's Objection to Confirmation of Plan (RE: [12] Chapter 13 Plan filed by Debtor David Keith Concannon)  (C. Bankowski)

**COURT ACTION:**

_____Hearing held

_____Granted       _____Approved       _____Moot

_____Denied        _____Denied without prejudice       _____Withdrawn in open court

_____Overruled  _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order      _____Released  _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Upon consideration of the Objection, to which the Debtor failed to file a response within 14 days, the Objection is sustained.  The Debtor shall file an amended plan within 14 days, failing which the case shall be dismissed.  See MLBR, Appendix 1, Rule 13-8, effective December 1, 2009, and MLBR 9013-1(d) and (e).

IT IS SO ORDERED:

*/s/ Frank J. Bailey*

_____Dated: 05/03/2011
Frank J. Bailey
United States Bankruptcy Judge